IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-217 |
| | ) |
| DAVID B. RAUSCH, Director of the | ) |
| Tennessee Bureau of Investigation, in his | ) |
| official capacity, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the court on Plaintiff's motion for attorney fees [doc. 66]. This matter has been fully briefed [docs. 66, 70, 71], and the undersigned previously referred the matter to United States Magistrate Judge H. Bruce Guyton [doc. 69]. Judge Guyton issued a report and recommendation ("R&R") [doc. 72], recommending that Plaintiff's motion for attorney fees be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that Plaintiff's motion for attorney fees should be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the R&R, which the Court adopts and incorporates into its ruling, that Plaintiff's motion for attorney fees [doc.

66] is **GRANTED**.  Plaintiff is **AWARDED** $17,860.00 in attorney's fees and $803.15 in costs.

    **IT IS SO ORDERED.**

                                                                        s/ Thomas W. Phillips
                                                 SENIOR UNITED STATES DISTRICT JUDGE